

**FILED**

United States District Court
Eastern District of California

SEP 20 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____FMN_____
DEPUTY CLERK

| Pompeian, Inc. |
|---|

Plaintiff(s)

V.

| The Mill at Kings River, LLC |
|---|

Defendant(s)

Case Number: | 1:24-cv-00766-JLT-EPG |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Ashleigh J.F. Lynn_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Pompeian, Inc.

On ____12/15/2010_____ (date), I was admitted to practice and presently in good standing in the _____State of Maryland_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __09/19/2024_____        Signature of Applicant: /s/ _Ashleigh J. F. Lynn_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ashleigh J.F. Lynn |
| Law Firm Name: | Venable LLP |
| Address: | 750 East Pratt Street |
| | Suite 900 |
| City: | Baltimore    State: MD    Zip: 21202 |
| Phone Number w/Area Code: | (410) 244-7400 |
| City and State of Residence: | Crownsville, Maryland |
| Primary E-mail Address: | AJLynn@Venable.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Witt W. Chang |
| Law Firm Name: | Venable LLP |
| Address: | 2049 Century Park East |
| | Suite 2300 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 229-9900    Bar # 281721 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/20/24

_____
JUDGE, U.S. DISTRICT COURT

# Supreme Court of Maryland

### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the fifteenth day of December, 2010,

### *Ashleigh Jessica Framm Lynn*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-sixth day of October, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-seventh day of August, 2024.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland

# Hernandez, Mayra A.

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, September 19, 2024 2:23 PM |
| **To:** | Hernandez, Mayra A. |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA EASTERN DISTRICT COURT |

Caution: External Email

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at 916-930-4866.

   Account Number: 3905411
   Court: CALIFORNIA EASTERN DISTRICT COURT
   Amount: $300.00
   Tracking Id: ACAEDC-11759340
   Approval Code: 000391
   Card Number: ************4936
   Date/Time: 09/19/2024 05:23:25 ET


NOTE: This is an automated message. Please do not reply