

United States District Court
Eastern District of California

**FILED**

OCT 0 2 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____PMN
        DEPUTY CLERK

| Pompeian, Inc. |
|---|

Plaintiff(s)

Case Number: 1:24-cv-00766-JLT-EPG

V.

| The Mill at Kings River, LLC |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alexander W. Koff hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Pompeian, Inc.

On _____12/16/2005_____ (date), I was admitted to practice and presently in good standing in the _____State of Maryland_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/19/2024         Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Alexander W. Koff |
| Law Firm Name: | Venable LLP |
| Address: | 750 East Pratt Street |
| | Suite 900 |
| City: | Baltimore   State: MD   Zip: 21202 |
| Phone Number w/Area Code: | (410) 244-7400 |
| City and State of Residence: | Baltimore, Maryland |
| Primary E-mail Address: | AKoff@Venable.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Witt W. Chang |
| Law Firm Name: | Venable LLP |
| Address: | 2049 Century Park East |
| | Suite 2300 |
| City: | Los Angeles   State: CA   Zip: 90067 |
| Phone Number w/Area Code: | (310) 229-9900   Bar # 281721 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/2/24

_E. P. /s/_
JUDGE, U.S. DISTRICT COURT

# Supreme Court of Maryland

## Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the sixteenth day of December, 2005,

### *Alexander William Koff*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-seventh day of October, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-eighth day of August, 2024.

*/s/ Gregory Hilton*

Clerk of the Supreme Court of Maryland