**VENABLE LLP**
Witt W. Chang (SBN 281721)
WWChang@Venable.com
Alexander W. Koff (*pro hac vice*)
AKoff@Venable.com
Ashleigh J.F. Lynn (*pro hac vice*)
ALynn@Venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorney for Plaintiff*
POMPEIAN, INC.

*Attorney for Third-Party Defendant*
SUNSET OLIVE OIL, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

POMPEIAN, INC., a Maryland Corporation

Plaintiff,

v.

THE MILL AT KINGS RIVER, LLC a California Limited Liability Company; and

JOHN M. MESROBIAN, an individual,

Defendants.

and related counterclaim action and action against third-parties.

Case No. 1:24-cv-00766-JLT-EPG

**ORDER CONTINUING DATE OF HEARING ON PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT**

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Upon consideration of Plaintiff Pompeian, Inc., Defendant The Mill at Kings River, LLC and Defendant John Mesrobian's (collectively, the "Parties") Joint Stipulation to Continue the Date of the Hearing on Plaintiff's Application for Right to Attach Order and Issuance of Writ of Attachment (the "Hearing" for the "Application"), the Joint Stipulation is GRANTED.

IT IS ORDERED that:

1. The Hearing scheduled for January 29, 2026 at 1:45 pm PST is hereby CONTINUED to February 3, 2026 at 9:00 am PST.

2. No other deadlines in this case are affected by this Order.

3. The Parties shall connect remotely either via Zoom video conference or Zoom telephone number.

4. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.

5. The Zoom ID number and password are confidential and are not to be shared.

6. Appropriate court attire is required.

IT IS SO ORDERED.

Dated:   **January 23, 2026**

_____
UNITED STATES DISTRICT JUDGE

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

-1-
(PROPOSED) ORDER CONTINUING DATE OF HEARING ON PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT