**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POMPEIAN, INC., | Case No. 1:24-cv-00766 JLT EPG |
| Plaintiff, | ORDER CLARIFYING PROCEDURE FOR SUBMITTING UNDERTAKING |
| v. | (Doc. 126) |
| THE MILL AT KINGS RIVER, LLC, et al., | |
| Defendants, | |

On May 4, 2026, the Court granted in part Pompeian Inc.'s motion for a right to attach, finding that Pompeian "has a right to attach property of The Mill at Kings River, LLC in the amount of $1,000,000." (Doc. 126 at 26.) Relatedly, the Court ordered Pompeian to file an undertaking in the amount of $10,000. (*Id*.) The Court hereby clarifies the procedure for filing that undertaking as follows:

Pompeian shall provide to the Clerk of Court at 2500 Tulare Street, Suite 1501, Fresno, California 93721, a check in the amount of $10,000 made out to "United States District Court for the Eastern District of California," which the Clerk of Court will then deposit into the Court Registry until further order of the Court.

IT IS SO ORDERED.

Dated:   __**May 20, 2026**__

UNITED STATES DISTRICT JUDGE

1