UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POMPEIAN, INC.,<br>Plaintiff,<br>v.<br>THE MILL AT KINGS RIVER, LLC; and JOHN M. MESROBIAN<br>Defendants.<br>And related counterclaim action and action against third-parties. | Case No. 1:24-cv-00766-JLT-EPG<br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); THE COURT RETAINING JURISDICTION; AND THE CLERK OF COURT IS DIRECTED TO CLOSE THE CASE<br>(ECF No. 143). |

On August 6, 2026, Plaintiff Pompeian, Inc. filed a joint stipulation for dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 143). The stipulation provides:

> Plaintiff Pompeian Inc. ("Pompeian"), Defendants The Mill at Kings River, LLC ("The Mill") and John Mesrobian (together with The Mill, "Defendants"), and Third-Party Defendant Sunset Olive Oil, LLC ("Sunset") (collectively, the "Parties"), by their respective undersigned counsel and by reason of settlement, hereby stipulate to the dismissal with prejudice of all claims brought by (a) Pompeian against Defendants; and (b) The Mill against Pompeian and Sunset. Subject to the settlement agreement reached between them (the "Settlement"), each side will bear its own costs and fees.
>
> Further, pursuant to California Civil Code of Procedure § 664.6 and the terms of the Settlement, the Parties request that this Court retain jurisdiction for purposes of enforcing the Settlement.

(*Id.*).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Additionally, the Court will retain jurisdiction to enforce the terms of the Settlement Agreement for one year from the date of this order. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994)) (district courts may retain ancillary jurisdiction to enforce settlement agreements).

Accordingly it is HEREBY ORDERED as follows:

- The Court retains continuing jurisdiction over this case to enforce the terms of the Settlement Agreement for one year from the date of this order.
- The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 7, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE