ANTHONY CAPOBIANCO (SBN 162551)
DAYME SANCHEZ (SBN 323864)
JACQUELINE GRAVES (SBN 357662)
**CAPOBIANCO LAW, P.C.**
41990 Cook Street, Bldg. F, Suite 2006
Palm Desert, California 92211
Telephone: (760) 568-6500
Facsimile: (760) 568-0100
acapobianco@capobiancolaw.com
dsanchez@capobiancolaw.com
jgraves@capobiancolaw.com

*Attorneys for Cross-Defendants Sunrise Olive Ranch, LLC, Dan Devico, and Michael Devico*

CAPOBIANCO LAW, P.C.
A PROFESSIONAL CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POMPEIAN, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MILL AT KINGS RIVER, LLC, a California Limited Liability Company,<br><br>Defendant, | Case No.: 1:24-cv-00766-JLT-EPG<br><br>**[~~PROPOSED~~] FORM OF JUDGMENT**<br><br>Judge: Hon. Jennifer L. Thurston |
| AND RELATED CROSS-ACTIONS | |

The Court, having granted summary judgment in favor of Sunrise Olive Ranch, LLC ("***Sunrise***"), Dan Devico, and Michael Devico (collectively, "***Cross-Defendants***") by its Order Granting in Part Application for Right to Attach and Motions for Summary Judgment entered May 4, 2026 (Dkt. 126); having dismissed the remaining claims among Pompeian, Inc., The Mill at Kings River, LLC, John Mesrobian, and Sunset Olive Oil, LLC with prejudice by its Order entered August 7, 2026 (Dkt. 144); and Sunrise having waived its second and third counterclaims for common counts duplicative of its breach-of-contract claim; and the Court dismissing those counterclaims with prejudice as set forth below in Paragraph 4; and no claims remaining for adjudication; and pursuant to Federal Rule of Civil Procedure 58,

**IT IS ORDERED, ADJUDGED, AND DECREED as follows:**

1. Judgment is entered in favor of Cross-Defendant and Counterclaimant Sunrise Olive Ranch, LLC and against Defendant The Mill at Kings River, LLC on Sunrise's counterclaim for breach of contract, in the principal amount of $236,400.00.

2. Sunrise Olive Ranch, LLC shall recover prejudgment interest on the principal amount of $236,400.00 at the rate of 10 percent per annum, computed from February 1, 2023 to the date of entry of this Judgment, in the amount of $83,808.63

3. Judgment is entered in favor of Cross-Defendants Sunrise Olive Ranch, LLC, Dan Devico, and Michael Devico, and against Defendants The Mill at Kings River, LLC and John Mesrobian, on all third-party claims asserted against Cross-Defendants, namely the claims for breach of fiduciary duty, fraud, and breach of joint venture or partnership agreement. Those claims are resolved on the merits in Cross-Defendants' favor, and The Mill at Kings River, LLC and John Mesrobian shall take nothing by way of those claims.

4. Sunrise Olive Ranch, LLC having waived its second and third counterclaims for common counts as duplicative of its breach-of-contract claim, those counterclaims against The Mill at Kings River, LLC are dismissed with prejudice.

\\\

\\\



CAPOBIANCO LAW, P.C.
A PROFESSIONAL CORPORATION

5. Sunrise Olive Ranch, LLC shall have and recover post-judgment interest on the total judgment amount from the date of entry of this Judgment until paid in full, at the rate established by 28 U.S.C. § 1961.

6. Cross-Defendants Sunrise Olive Ranch, LLC, Dan Devico, and Michael Devico, as the prevailing parties on the claims adjudicated in their favor, shall recover their costs of suit from The Mill at Kings River, LLC in an amount to be taxed by the Clerk upon the filing of a bill of costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 292. The provision of the Court's August 7, 2026 Order (Dkt. 144) that each party bear its own attorneys' fees and costs applies to the claims dismissed by settlement and does not limit the Cross-Defendants' recovery of costs on the claims adjudicated in their favor.

IT IS SO ORDERED.

Dated: August 18, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

CAPOBIANCO LAW, P.C.
A PROFESSIONAL CORPORATION